478 A.2d 62

Commonwealth v. Tunnell, Appellant.

Petition for Allowance of Appeal
Denied Sept. 18, 1984.

Submitted November 28, 1983. James E. Mugford, Sr., for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.